UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOLITA McCOY,<br><br>      Plaintiff,<br><br>   vs.<br><br>CAROLYN C. COLVIN,<br><br>      Defendant. | Case No:  C 13-2332 SBA<br><br>**ORDER REASSIGNING ACTION** |

   Pursuant to the parties' voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including entry of final judgment, Dkt. 17, 18,

   IT IS HEREBY ORDERED THAT this matter shall be reassigned to a United States Magistrate Judge.

   IT IS SO ORDERED.

Dated:  July 3, 2014

                                        _____
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge